2025R00555/EJJ

**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AUG 2 1 2025

AT 8:30 JAB 2:31 M
CLERK, U.S. DISTRICT COURT - DNJ

| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
|---|---|---|
| v. | : | Crim. No. 25-509 |
| KEVIN A. NORMAN | : | 18 U.S.C. § 922(g)(1) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

(Possession of Firearm and Ammunition by a Convicted Felon)

On or about June 6, 2025, in Passaic County, in the District of New Jersey, and elsewhere, the defendant,

**KEVIN A. NORMAN,**

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely, one Ruger LCP II .22LR semi-automatic handgun, bearing serial number 380736147, and ammunition, namely, 9 rounds of .22LR ammunition and one round of 9mm ammunition; and the firearm and ammunition were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), as charged in this Indictment, the defendant, KEVIN A. NORMAN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of such offense, including, but not limited to, the following:

(a) one Ruger LCP II .22LR semi-automatic handgun, bearing serial number 380736147;

(b) 9 rounds of .22LR ammunition; and

(c) one round of 9mm ammunition.

## SUBSTITUTE ASSETS PROVISION

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

FOREPERSON

TODD W. BLANCHE
U.S. Deputy Attorney General

*Alina Habba*
ALINA HABBA
Acting United States Attorney
Special Attorney

CASE NUMBER: 25- 509 (CCC)

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

KEVIN A. NORMAN

## INDICTMENT FOR

18 U.S.C. § 922(g)(1)

A True Bill,



Foreperson

TODD W. BLANCHE
U.S. DEPUTY ATTORNEY GENERAL

ALINA HABBA
ACTING UNITED STATES ATTORNEY
SPECIAL ATTORNEY

ELI JACOBS
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-3976